IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

JERMAINE DEMOND NORMAN, #1160833   §

VS.                                §          CIVIL ACTION NO. 6:06cv403

TDCJ-ID                            §

ORDER OF DISMISSAL

Plaintiff Jermaine Demond Norman, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis,* filed this lawsuit against the Texas Department of Criminal Justice - Institutional Division pursuant to Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act.  The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the complaint should be dismissed.  The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit.  Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that the Defendant's motion for summary judgment (docket entry #39) and supplemental motion for summary judgment (docket entry #61) are **GRANTED** and the claims against TDCJ-ID are **DISMISSED** with prejudice.  It is further

1

**ORDERED** that the Plaintiff's claims regarding parole matters are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).  It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 18th day of October, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**